# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Briskman, Arthur B. | 2. Court or Organization  US Bankruptcy Court | 3. Date of Report  11/08/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |
| 7. Chambers or Office Address  400 W Washington Street  Suite 5100  Orlando, FL 32801 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 11/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 11/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Eagle Global Fund Class A - Mutual Fund - (IRA) | A | Dividend | | | Sold | 09/22/17 | K | B | |
| 2. | | | | | Sold | 09/27/17 | J | A | |
| 3. MFS Growth Fund Class A Mutual Fund - (IRA) | A | Dividend | | | Sold | 09/20/17 | K | B | |
| 4. Davis NY Venture - Mutual - (IRA) | A | Dividend | | | Sold | 09/20/17 | K | E | |
| 5. Transamerica - IDEX JCC Balanced Class A Mutual - (IRA) | A | Dividend | | | Sold | 09/20/17 | K | D | |
| 6. Hendon LP Ltd Part - 429 Scranton-Carbondale Hwy, Scranton PA 18508 | G | Rent | P1 | U | | | | | |
| 7. Western Assets - Money Market | A | Interest | J | T | | | | | |
| 8. Jennison Natural Resources FD CL C (Mutual) - (IRA) | A | Dividend | K | T | | | | | |
| 9. Jennison 20/20 Focus Fund CL A (Mut) - (IRA) | A | Dividend | J | T | | | | | |
| 10. Powershares Water Resources (exchange traded fund) | A | Dividend | | | Sold | 11/10/17 | J | C | |
| 11. Pimco Multi Asset - (IRA) (Mutual) | A | Dividend | | | Sold | 11/13/17 | J | D | |
| 12. Unit Clay, Zacks Income (Unit Trust) - (IRA) | A | Interest | | | Sold | 11/10/17 | K | A | |
| 13. NJ EDA Pension (Mun Bond) - (IRA) | A | Interest | | | Sold | 11/10/17 | K | C | |
| 14. AAM Navil Dial Income Trust - (Bond) - (IRA) | A | Interest | J | T | | | | | |
| 15. Annaly Capital - (Bond) | A | Interest | K | T | | | | | |
| 16. Apache Corp - (Stock) | A | Interest | | | Sold | 06/02/17 | K | A | |
| 17. Annaly Capital - (Bond) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 11/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apache Corp - (Stock) | A | Interest | | | Sold | 06/02/17 | K | A | |
| 19. PA Turnpike - (Muni Bond) | A | Interest | K | T | | | | | |
| 20. Enterprise Partners - (Stock) - (IRA) | A | Interest | | | Sold | 09/20/17 | K | D | |
| 21. 5th Street Finance Senior Note - (IRA) | B | Interest | | | Sold | 09/20/17 | K | B | |
| 22. Summit Properties - (Bond) - (IRA) | B | Interest | | | Sold | 09/20/17 | K | C | |
| 23. Triangle Corp Senior Note - (Bond) - (IRA) | B | Interest | | | Sold | 09/20/17 | K | C | |
| 24. Urstadt Properties - (Bond) - (IRA) | B | Interest | | | Sold | 09/20/17 | J | C | |
| 25. US Steel - (Bond) - (IRA) | A | Interest | | | Sold | 09/01/17 | J | D | |
| 26. AAM Nav Dial Bond Portfolio - (IRA) | A | Interest | K | T | | | | | |
| 27. AAM Nav Dial Bond Portfolio - (IRA) | B | Interest | K | T | | | | | |
| 28. 1st Trust MLP Portfolio - (Mutual) - (IRA) | B | Dividend | K | T | | | | | |
| 29. 1st Trust Capital Strength - (Mutual) - (IRA) | C | Dividend | | | Sold | 11/10/17 | J | C | |
| 30. Hercules Tech Senior Note - (IRA) | A | Interest | | | Sold | 02/23/17 | J | C | |
| 31. KCAP Senior Note - (IRA) | A | Interest | | | Sold | 11/10/17 | J | A | |
| 32. AAM Nav Dial Bond Portfolio - (IRA) | A | Interest | K | T | | | | | |
| 33. AAM Steelpath MLP Portfolio - (Stock) - (IRA) | D | Interest | K | T | | | | | |
| 34. 1st Trust MLP Portfolio - (Stock) - (IRA) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 11/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PNC - (Checking) | A | Interest | K | T | | | | | |
| 36. Whitehorse - (Bond) (IRA) | A | Interest | | | Sold | 11/10/17 | J | A | |
| 37. Pennant Park Invst Corp Sr Note 6.250% coupon (pref stock) | A | Interest | | | Sold | 06/29/17 | J | C | |
| 38. Exelon (Bonds) (IRA) | A | Interest | | | Sold | 05/02/17 | K | A | |
| 39. AAM Business Dev (Trust)(IRA) | A | Dividend | | | Sold | 11/01/17 | J | B | |
| 40. PetroQuest Energy (Unit Trust) | B | Dividend | L | T | | | | | |
| 41. Star Bulk Carriers (Bond) | B | Dividend | | | Sold | 09/20/17 | K | B | |
| 42. Dominion Resources (Bond)(IRA) | C | Interest | | | Sold | 01/21/17 | K | B | |
| 43. | | | | | Sold | 02/17/17 | K | C | |
| 44. Dominion Resources Bond - (IRA) (x) | A | Interest | J | T | | | | | |
| 45. Smart Trust Morningstar (Trust)(IRA) | A | Dividend | | | Sold | 11/10/17 | K | A | |
| 46. Franklin Square Investment Corp (common stock) | A | Interest | | | Sold | 04/20/17 | J | A | |
| 47. Harvest Capital (Note) (IRA) | A | Interest | | | Sold | 09/25/17 | J | A | |
| 48. AM Trust 7.5% | A | Interest | J | T | | | | | |
| 49. National General 7.5% | A | Interest | J | T | | | | | |
| 50. Gas Log Ltd 8.75% | A | Interest | J | T | | | | | |
| 51. Federated Muni Advantage Fund (Stock) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 11/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Halcon Resources CV PFD (IRA) | A | Dividend | J | T | | | | | |
| 53. Anthem Inc Corp Unit, 5.25% coupon (preferred stock) | A | Dividend | | | Sold | 03/30/17 | K | B | |
| 54. | | | | | Sold | 03/30/17 | J | B | |
| 55. Eagle Point Credit Co Inc PFD; 7.75% coupon -preferred stock | A | Interest | | | Sold | 09/20/17 | J | B | |
| 56. Stifel Best Idea Unit Trust | A | Interest | J | T | | | | | |
| 57. Amtrust Fin Svcs Inc Sub Note 7.25% coupon (preferred stock) | A | Interest | J | T | | | | | |
| 58. Southern Co (Note) (IRA) | A | Dividend | | | Sold | 09/20/17 | J | B | |
| 59. First Trust Capital Strength ETF (IRA) | A | Dividend | | | Sold | 11/10/17 | J | C | |
| 60. First Trust Capital Dorsey Wright ETF (IRA) | A | Dividend | | | Sold | 11/10/17 | J | A | |
| 61. Dimeco Inc | A | Dividend | K | T | | | | | |
| 62. ESSA Bancorp | A | Dividend | K | T | | | | | |
| 63. Fidelity D&D Bancorp | A | Dividend | J | T | | | | | |
| 64. Investco High Muni Fund | A | Dividend | J | T | | | | | |
| 65. Prudential Large Cap Core | A | Dividend | | | Sold | 11/13/17 | K | E | |
| 66. Prudential 20/20 Focus Fund | A | Dividend | | | Sold | 11/13/17 | K | D | |
| 67. Wels Markets | A | Dividend | | | Sold | 01/24/17 | K | D | |
| 68. IN Capital Argus Modern Inovative - Unit Trust - IRA | A | Dividend | | | Sold | 09/20/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 11/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IN Capital Argus Modern Inovative-Unit Trust - IRA | A | Dividend | | | Sold | 11/01/17 | J | B | |
| 70. Two Harbors Note - IRA | A | Interest | K | T | Buy | 1/17/17 | K | | |
| 71. Smart Trust BDC Trust - IRA | A | Interest | K | T | Buy | 1/25/17 | K | | |
| 72. Scorpio Tanker Note - IRA | A | Interest | | | Buy | 03/29/17 | J | | |
| 73. Scorpio Tanker Note - IRA | A | Interest | | | Sold | 09/20/17 | J | A | |
| 74. Stericycle Stock - IRA | A | Dividend | K | T | Buy | 03/30/17 | K | | |
| 75. Belden Stock - IRA | A | Dividend | K | T | Buy | 05/02/17 | K | | |
| 76. | A | Dividend | | | Sold | 09/20/17 | K | A | |
| 77. TICC Capital Bond - IRA | A | Interest | J | T | Buy | 05/02/17 | J | | |
| 78. 1st Trust Stifel Stock - IRA | A | Dividend | J | T | Buy | 05/16/17 | J | | |
| 79. Captials Note | A | Interest | J | T | Buy | 05/22/17 | J | | |
| 80. DynaGas Bonds - IRA | A | Interest | J | T | Buy | 06/27/17 | J | | |
| 81. | | | | | Buy | 06/27/17 | J | | |
| 82. First Trust DJ Global Trust - IRA | A | Interest | J | T | Buy | 06/22/17 | J | | |
| 83. Belden Stock - IRA | A | Dividend | J | T | Buy | 05/02/17 | K | | |
| 84. Gus Bond | A | Interest | | | Buy | 04/26/17 | K | | |
| 85. | | | | | Sold | 09/20/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 11/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. Two Harbors Note - IRA | A | Interest | | | Buy | 01/17/17 | J | | |
| 88. | | | | | Sold | 11/18/17 | J | A | |
| 89. Chimera Stock - IRA | A | Dividend | | | Buy | 03/30/17 | J | | |
| 90. | | | | | Sold | 11/01/17 | J | A | |
| 91. Transamerica Multi Bal Fund -IRA | A | Dividend | | | Sold | 09/20/17 | K | D | |
| 92. | A | Interest | K | T | Buy | 11/27/17 | K | | |
| 93. First Cap Mutual - IRA | A | Dividend | | | Buy | 02/07/17 | K | | |
| 94. | | | | | Sold | 11/14/17 | K | A | |
| 95. Smart Trust Trust - IRA | A | Dividend | | | Buy | 01/25/17 | K | | |
| 96. | | Dividend | | | Sold | 11/14/17 | K | A | |
| 97. Teton Westwood Mighty Mites Fund Mutual - IRA | A | Dividend | K | T | Buy | 11/27/17 | K | | |
| 98. | | Dividend | | | Buy | 12/25/17 | J | | |
| 99. MFS Growth Fund Mutual - IRA | A | Dividend | K | T | Buy | 11/27/17 | K | | |
| 100. SPDR Dow Jones Global Titans Mutual - IRA | A | Dividend | K | T | Buy | 11/27/17 | K | | |
| 101. Lord Abbett Calibrated Div Growth Mutual - IRA | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 102. | | | | | Buy | 12/21/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 11/08/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. First Trust Capital Strength Mutual - IRA | A | Dividend | K | T | Buy | 11/27/17 | K | | |
| 104. First Eagle Global Mutual - IRA | A | Dividend | K | T | Buy | 11/27/17 | K | | |
| 105. Federated Total Return Mutual - IRA | G | Dividend | K | T | Buy | 11/27/17 | M | | |
| 106. Federated MDT All Cap Core Fund Mutual - IRA | A | Dividend | J | T | Buy | 11/27/17 | K | | |
| 107. | | | | | Buy | 12/25/17 | J | | |
| 108. Federated Strategic Value Mutual - IRA | A | Dividend | K | T | Buy | 11/27/17 | K | | |
| 109. | | | | | Buy | 12/28/17 | J | | |
| 110. Federal Kaufmann Fund Mutual - IRA | A | Dividend | K | T | Buy | 11/27/17 | K | | |
| 111. | | | | | Buy | 12/28/17 | J | | |
| 112. Goldman Sachs Int Small Insights Fund Mutual -IRA | A | Dividend | J | T | Buy | 12/28/17 | J | | |
| 113. Medley Capital Note - (IRA) (x) | A | Dividend | | | Sold | 11/18/17 | J | A | |
| 114. Nuveen Pro Stock (IRA) (x) | A | Dividend | | | Sold | 11/18/17 | J | A | |
| 115. Digital Rival Bond (IRA)(x) | A | Interest | | | Sold | 09/20/17 | J | A | |
| 116. First Trust Cap Strength - IRA | A | Dividend | K | T | Buy | 05/02/17 | K | | |
| 117. First Trust Stifel Best Picks - IRA | A | Dividend | K | T | Buy | 06/26/17 | J | | |
| 118. Guggenheim Total Income - IRA | A | Dividend | J | T | Buy | 08/23/17 | J | | |
| 119. Putnam Master Intermediate Income Trust Mutual Fund-(IRA) | A | Dividend | | | Sold | 09/20/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 11/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Dupont Fabros Preferred Stock - IRA | A | Dividend | | | Sold | 09/20/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(No. 42) Goodrich Pete (Bonds)(IRA)- Sold 11/14/16 - included in this report in error

(No. 44) Dominion Resources Bond (IRA) -Bought 6/26/14 -inadvertently omitted on FDR for 2014

(No. 113) Medley Capital Note (IRA) - Bought for $9,000 on 12/18/15 - inadvertently omitted on FDR for 2015

(No. 114) Nuveeen Pro Stock (IRA) - Bought for $12,000 on 12/12/16, no gain - inadvertently omitted on FDR for 2016

(No. 115) Digital Rival Bond (IRA) - Bought 5/10/16 - inadvertently omitted on FDR for 2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur B. Briskman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544